IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: PHILLIP FRANK VILLAR | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 18-42062-BEM |
| | : | |
| PHILLIP FRANK VILLAR | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

**AMENDED OBJECTION TO FILED PROOF OF CLAIM**

NOW COMES the Debtor/Movant, PHILLIP FRANK VILLAR, in the above-styled case, by and through his attorney of record, and objects to the filed Proof of Claim of the Respondent, LVNV FUNDING, LLC, in the amount of $597.81 on the following grounds, showing the court as follows:

1.

On or about November 8, 2018, Respondent, filed a Claim (Claim No. 8) (the "Claim") for alleged past due payments. The Claim provides that Debtor owes $597.81 (the "Debt") in general unsecured debt.

2.

According to the "Proof of Claim – Account Detail" attached to the Claim, the Debt was charged off by the original creditor on November 16, 2005 and the last payment made on this alleged debt was on April 15, 2008. The debt which is the basis for the

Claim was originated more than thirteen (13) years prior to the filing of the instant case and the last payment made on the alleged debt was more than ten (10) years prior to the filing of the instant case. A copy of the Claim is attached hereto as Exhibit "A".

3.

Collection on the Debt is barred by the statute of limitations under applicable Georgia State law. The Claim is not a valid claim and to date Respondent has not withdrawn the Claim.

WHEREFORE, Debtor prays that this Court disallow the Claim on behalf of the Respondent.

Respectfully submitted this 11th day of April, 2019.

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

**EXHIBIT A**

**Fill in this information to identify the case:**

Debtor 1: VILLAR; PHILLIP F

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: NORTHERN District of GA (State)

Case number: 1842062

---

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
LVNV Funding, LLC its successors and assigns as assignee of General Electric Capital Corporation
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☑ Yes. From whom? General Electric Capital Corporation

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Resurgent Capital Services
Name
PO Box 10587
Number   Street
Greenville, SC   29603-0587
City        State       ZIP Code

Contact phone (877) 264-5884
Contact email askbk@resurgent.com

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street _____
City        State       ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
RSG-00248-192999316

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                    Proof of Claim                    page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7123 ___ ___ ___

**7. How much is the claim?** $ 597.81 . **Does this amount include interest or other charges?**
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Retail

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____
**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/8/2018
                 MM / DD / YYYY

/s/ David Lamb
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | David Lamb |
| | First name   Middle name   Last name |
| Title | Claims Processor |
| Company | Resurgent Capital Services |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | PO Box 10587 |
| | Number   Street |
| | Greenville, SC   29603-0587 |
| | City   State   ZIP Code |
| Contact phone | (877) 264-5884   Email  askbk@resurgent.com |

Official Form 410    **Proof of Claim**    page 3



PO Box 10587
Greenville, SC 29603-0587

Phone: (877) 264-5884
e-Mail: askbk@resurgent.com

## Proof of Claim – Account Detail

| Information | |
|---|---|
| Name: | Villar; Phillip F |
| SSN (redacted): | 2652 |
| Address: | 32 Tanglewood Ct |
| City: | Acworth |
| State, Zip: | GA 30101-8520 |

| Bankruptcy Case Information | |
|---|---|
| NORTHERN DISTRICT of GEORGIA | |
| Trustee Name: | Mary Ida Townson |
| Bankruptcy Case Number: | 1842062 |
| Chapter: | 13 |

| Account Information | |
|---|---|
| Account Number (redacted): | 7123 |
| Amount due as of the date the bankruptcy case was filed**: | $597.81 |
| Principal**: | $597.81 |
| Interest**: | $0.00 |
| Fees**: | $0.00 |
| Charged off by original provider on: | 11/16/2005 |
| Last payment date: | 04/15/2008 |
| Last transaction date: | |

| Creditor Information | |
|---|---|
| Current Claim Owner*: | LVNV Funding, LLC its successors and assigns as assignee of General Electric Capital Corporation |
| Purchased from: | General Electric Capital Corporation |
| Alternative names (if any) for this provider: | JC Penney Consumer General Electric Capital Corporation |
| Creditor at time of last transaction: | General Electric Capital Corporation |

*Resurgent Capital Services services this account on behalf of the current claim owner. Please send any bankruptcy or related notices on this account to our attention at the following address:

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Telephone No.   (877) 264-5884

**Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records.

***Contact Resurgent Capital Services for additional detail.



## GE Consumer Finance

### BILL OF SALE

### FF 2nds Weekly Sale – Funding Date 11/01/06

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated the 20th day of May 2005, amended on October 5, 2005, amended on June 1, 2006, amended on August 29, 2006, and amended on October 25, 2006 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank (successor in interest to Monogram Credit Card Bank of Georgia, a Georgia state-chartered bank), and Retailer Credit Services Inc, a Delaware corporation (formerly known as Montgomery Ward Credit Corporation, a Delaware corporation) (collectively "Seller"), on the one hand and Sherman Financial Group LLC ("Buyer"), on the other hand, upon each Transfer Date (as defined in the Agreement) Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification File (as defined in the Agreement), delivered by Seller to Buyer on September 15, 2006, and as further described in the Agreement.

GE Money Bank

By: _____

Title: _____


General Electric Capital Corporation

By: _____

Title: _____VP_____

Retailer Credit Services Inc

By: _____

Title: _____



# GE Consumer Finance

## BILL OF SALE

### FF 2nds Weekly Sale – Funding Date 11/01/06

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Receivables Purchase Agreement (the "Agreement"), dated the 20th day of May 2005, amended on October 5, 2005, amended on June 1, 2006, amended on August 29, 2006, and amended on October 25, 2006 by and between General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank (successor in interest to Monogram Credit Card Bank of Georgia, a Georgia state-chartered bank), and Retailer Credit Services Inc, a Delaware corporation (formerly known as Montgomery Ward Credit Corporation, a Delaware corporation) (collectively "Seller"), on the one hand and Sherman Financial Group LLC ("Buyer"), on the other hand, upon each Transfer Date (as defined in the Agreement) Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification File (as defined in the Agreement), delivered by Seller to Buyer on September 15, 2006, and as further described in the Agreement.

GE Money Bank

By: _____

Title: _____


General Electric Capital Corporation

By: _____

Title: _____


Retailer Credit Services Inc

By: _____

Title: _U.A_____

## Declaration of Account Transfer

Sherman Financial Group LLC ("SFG"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 01, 2006 delivered by General Electric Capital Corporation, GE Money Bank, Retailer Credit Services, Inc. on September 15, 2006 for purchase by SFG on November 01, 2006. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Financial Group LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director
Sherman Financial Group LLC
c/o Sherman Capital Markets LLC

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Les Gutierrez
Title: Authorized Representative

## Exhibit A

**Receivables File**

**11.01.06**

| **Transfer Group** | **Portfolio** | **Transfer Batch** |
|---|---|---|
| 53330 | 7082 | N/A |

```
2007015772   P/ATTY
             2 PGS
             Book:DE 2251  Page:1949-1950
February 15, 2007  09:00:57 AM
Rec:$15.00   Cnty Tax:$0.00   State Tax:$0.00
FILED IN GREENVILLE COUNTY, SC
```

**Limited Power of Attorney**

WHEREAS LVNV Funding, LLC ("Grantor") has retained the services of Resurgent Capital Services LP ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 15th day of January, 2007.

GRANTOR: LVNV Funding LLC
By: [signature]
Name: Kevin Branigan
Title: President

Resurgent Capital Services LP
By: [signature]
Name: Michael A Kaufton
Title: Senior Vice President

FEB 1 6 2007

Witnessed by: D. Stovall
Name: Danette Stovall

Witnessed by: Heather H. Silver
Name: Heather H. Silver

STATE OF
COUNTY OF

On this, the 13th day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Kevin Branigan, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for LVNV Funding, LLC.

Notary Public
My Commission Expires _____

My Commission Expires
February 1, 2015

STATE OF
COUNTY OF

On this, the 15 day of February, 2007, the foregoing instrument was acknowledged before me, a notary public, in and for the State of South Carolina by the Michael A. Easton, personally known to me, by me duly sworn, did say that he/she was a duly authorized signatory for Resurgent Capital Services LP.

Notary Public
My Commission Expires  1-31-2016

Michelle L. Church
Notary Public
South Carolina
Commission Expires 1.31.2016

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2007015772   Book:DE 2251   Page:1949-1950
February 16, 2007  09:00:57 AM

Timothy J. Nanney

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: PHILLIP FRANK VILLAR | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 18-42062-BEM |
| | : | |
| PHILLIP FRANK VILLAR | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that PHILLIP FRANK VILLAR, Debtor/Movant has filed an Amended Objection to Filed Proof of Claim and related papers with the Court seeking an order Disallowing the Claim of LVNV FUNDING, LLC, filed on or about November 8, 2018 in the amount of $597.81.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Filed Proof of Claim in *Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161 at 10:00 A.M., on May 30, 2019.*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, Richard B. Russell Building, 600 East First Street, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 11, 2019

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: PHILLIP FRANK VILLAR | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 18-42062-BEM |
| | : | |
| PHILLIP FRANK VILLAR | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **AMENDED OBJECTION TO FILED PROOF OF CLAIM and NOTICE OF HEARING** in the above styled case by depositing same in the United States Mail with adequate postage affixed thereto to insure delivery addressed as follows:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Phillip Frank Villar
194 Cedar Mill Drive
Dallas, GA 30132

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Attn: David Lamb

LVNV FUNDING, LLC
c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808[1]

RESURGENT CAPITAL SERVICES L.P.
55 Beattie Place
Suite 110
GREENVILLE, SC, 29601[2]

RESURGENT CAPITAL SERVICES L.P.
c/o Corporation Service Company
40 Technology Pkwy South
#300
Norcross, GA 30092[3]

Dated: April 11, 2019

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

---

[1] Registered agent per Delaware Secretary of State. NOTE: LVNV Funding LLC is not registered as a foreign entity with the Georgia Secretary of State
[2] Principal office address per Georgia Secretary of State
[3] Registered agent per Georgia Secretary of State