**IT IS ORDERED as set forth below:**

Date: October 18, 2021

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| In re: PHILLIP FRANK VILLAR | CASE NUMBER: 18-42062-bem |
| Debtor. | CHAPTER 13 |

**ORDER AND NOTICE OF HEARING FOR DEBTORS TO SHOW CAUSE**
**WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE**

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 49 & 51).  Because the Debtor has failed to file a certificate showing completion of an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1), the Court is unable to enter a discharge.  Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear and show cause why this bankruptcy case should not be closed without entry of a discharge on **November 3, 2021** at **10:00 am**, in Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia 30161. If the Debtor files all necessary documents prior to the hearing date,

the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

*The calendar call will be telephonic and matters to heard will be heard in Judge Ellis-Monro's virtual hearing room. Please check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-ellismonro) prior to the hearing for information about procedures*.

The Clerk is directed to serve copies of this Order and Notice upon the Debtor, counsel for the Debtor, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**